UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: :
: Case No. 08-50897
Joseph B. Boone, : Chapter 7
: Judge Hoffman
Debtor. :

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $1,246.55 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| DFS Services, LLC<br>PO Box 3025<br>New Albany, OH   43054-3025 | 1 | $1,246.55 |
| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 | |
| $0 | $1,246.55 | |

Dated: June 20, 2011

/s/ Thomas McK. Hazlett
Thomas McK. Hazlett, Case Trustee

cc:  U. S. Trustee

###